JUDGE LYNCH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    -v.-                         :      08 Cr. ___

JASON PASTERCHICK,               :
  a/k/a "Jay,"
                                        08 CRIM 633
            Defendant.
                                 :
- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. On or about May 24, 2007, in the Southern District of New York, JASON PASTERCHICK, a/k/a "Jay," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code,
Sections 812, 841(a)(1), and 841(b)(1)(B).)

## FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JASON PASTERCHICK, a/k/a "Jay," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics violation and any and all property used or intended to be used in any manner or

part to commit and to facilitate the commission of the narcotics violation alleged in Count One of the Indictment.

    3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code,
Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JASON PASTERCHICK,
a/k/a "Jay,"

Defendant.

---

<u>**INDICTMENT**</u>

08 Cr.

(Title 21, United States Code,
Sections 812, 841(a)(1),
841(b)(1)(B).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

*[Handwritten: Post-It 11/1/87]*

*[Handwritten: 7/11/08 - Fld. Indictment, case assigned to Judge Lynch. Eaton, J. U.S.M.J.]*