

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :   08 Cr. 633 (GEL)
            - v -                                           :
                                                            :   **ORDER**
JASON PASTERCHICK,                                          :
                                                            :
            Defendant.                                      :
------------------------------------------------------------x

LAURA T. SWAIN, <u>District Judge</u>:

  Defendant was indicted on July 11, 2008, arrested on a Complaint, and is presently released on bail. Upon the parties' request, arraignment and an initial pretrial conference is scheduled for August 7, 2008, at 12:30 p.m. By letter dated July 14, 2008, the Government requests that the Court exclude time pursuant to the Speedy Trial Act. Defendant specifically consents to the exclusion of time. As this adjournment is sought to allow the defendant better to prepare his defense and to engage in discussions with the Government regarding a possible disposition of the case, the Court finds that excluding time is in the interests of justice and outweighs the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from July 15, 2008, until August 7, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
   July 15, 2008

                       LAURA T. SWAIN
                       United States District Judge
                       Part I